**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 11-20879-CR-SCOLA(s)**
**CASE NO. 12-20419-CR-ROSENBAUM**

**UNITED STATES OF AMERICA**

**vs.**

**ANTON ARVON JOHNSON,**
        **a/k/a "Blackjack,"**

                **Defendant.**
_____/

**GOVERNMENT'S RULE 35**
**MOTION FOR SENTENCE REDUCTION**

Pursuant to Federal Rule of Criminal Procedure 35(b), the United States of America hereby moves for a reduction in the sentence of Anton Arvon Johnson, a/k/a Blackjack, hereinafter "the defendant," in order to reflect his substantial assistance in the prosecution of others.  In support of this motion, the Government states as follows:

1.     On December 22, 2011, the defendant was charged by indictment with conspiracy to import cocaine, knowing that the cocaine was to be imported into the United States, in violation of Title 21, United States Code, Section 963 (Count One); and conspiracy to distribute cocaine, knowing that such cocaine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) (Count Two), in criminal case 11-20879-CR-SCOLA.  A superseding indictment was filed on July 19, 2012, charging the defendant with the same counts as previously stated.

2.     On June 5, 2012, the defendant was charged by indictment with conspiracy to distribute cocaine, knowing that the cocaine was to be imported into the United States, in violation

1

of Title 21, United States Code, Section 963 (Count One); and distribution of cocaine with the knowledge that such cocaine will be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2) (Count Two), in criminal case 12-20419-CR-ROSENBAUM.

3.      On January 10, 2014, the defendant was arraigned in both criminal cases.

3.      On February 21, 2014, the defendant pleaded guilty to Count 1 in the Superseding Indictment in criminal case 11-20879-CR-SCOLA(s); and Count 1 in the Indictment in criminal case 12-20419-CR-ROSENBAUM.

4.      On May 20, 2014, the defendant was sentenced to 96 months' imprisonment followed by 3 years supervised release as to both criminal cases, with each term of imprisonment and supervised release to run concurrently with the other.

5.      Based on the defendant's substantial assistance in the prosecution of others, the United States respectfully moves this Court to reduce the defendant's sentence by 32 months (approximately 33%) to 64 months' imprisonment.

7.      The defendant testified for the United States in a trial in the District of Columbia.

8.      The undersigned attorney has conferred with counsel for the defendant, Paul Petruzzi, and Mr. Petruzzi does not oppose this motion.

9.      Furthermore, neither the United States nor the defense is requesting a hearing on this matter.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

By:   /s/ Sharad A. Motiani
       Sharad A. Motiani
       Assistant United States Attorney
       Florida Bar No.711233
       U.S. Attorney's Office – SDFL
       Tel: 305.961.9392
       Email: Sharad.A.Motiani@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on March 9, 2018, that I caused this document to be filed with the Clerk of the Court using CM/ECF.

<u>/s/Sharad A. Motiani</u>
Sharad A. Motiani
Assistant United States Attorney